UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LOPEZ, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF KERN, et al.,<br>Defendants. | Case No. 1:26-cv-02327-KES-HBK<br><br>ORDER REQUIRING PLAINTIFF ELIZABETH LOPEZ TO MOVE FOR APPOINTMENT OF GUARDIAN AD LITEM;<br><br>ORDER TO SHOW CAUSE WHY DEFENDANTS LABRAIEL ROBERTS, JENNIFER ALDACO, KAREN SANTIAGO, REBECA MONTOYA, AND ROSA HERNANDEZ SHOULD NOT BE DISMISSED FROM THIS ACTION UNDER RULE 4(m);<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE TO SEPTEMBER 10, 2026 AT 10:45 A.M. |

On March 25, 2026, Plaintiffs Sam Lopez, Elizabeth Lopez, and E.L. filed their civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 2). The Complaint states that Plaintiff E.L. is proceeding by and through a *guardian ad litem* and that Plaintiff Elizabeth Lopez will seek appointment as *guardian ad litem* at or near the time of filing. (*Id.* at 1-2). As of the date of this Order, no motion seeking appointment of a *guardian ad litem* has been filed.

////

////

Pursuant to Local Rule 202(a):

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. *See* Fed. R. Civ. P. 17(c).

Accordingly, within fourteen (14) days of the date of this Order, Plaintiff Elizabeth Lopez shall move to be appointed as *guardian ad litem* for Plaintiff E.L.

A review of the docket further reveals that proof of service of summons and complaint has not been filed as to the following five defendants: (1) Labraiel Roberts; (2) Jennifer Aldaco; (3) Karen Santiago; (4) Rebeca Montoya; and (5) Rosa Hernandez. Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days after the complaint is filed; the Court may extend that time upon a showing of good cause. If a defendant is not served within the requisite time, after notice to the plaintiff, the Court must dismiss the action without prejudice or order that service be made within a specified time. Fed. R. Civ. P. 4(m). Because more than 90 days have passed and it does not appear these five defendants have been served with summons and complaints, Plaintiffs are directed to show good cause why these defendants should not be dismissed under Rule 4(m).

In light of the foregoing, the Court finds that this action is not procedurally postured for the initial scheduling conference. Therefore, the initial scheduling conference previously set for August 13, 2026 at 11:15 a.m. is vacated and reset for September 10, 2026 at 10:45 a.m. The parties shall file a joint scheduling report no later than September 3, 2026.

Accordingly, IT IS ORDERED:

1. Within fourteen (14) days of the date of this Order, Plaintiff Elizabeth Lopez shall move to be appointed as *guardian ad litem* for Plaintiff E.L.
2. Within fourteen (14) days of the date of this Order, Plaintiffs shall show cause in

writing why Defendants Labraiel Roberts, Jennifer Aldaco, Karen Santiago, Rebeca Montoya, and Rosa Hernandez should not be dismissed from this action pursuant to Federal Rule of Civil Procedure 4(m).

3. The initial scheduling conference previously set for August 13, 2026 at 11:15 a.m., and all associated deadlines, are VACATED.
4. The initial scheduling conference is RESET for September 10, 2026, at 10:45 a.m.
5. The parties shall file a joint report no later than September 3, 2026. A Word template of the Joint Scheduling Report is available on Judge Helena M. Barch-Kuchta's Chamber's Page under "Forms."
6. Failure to abide by this Order and other orders of the Court may result in sanctions, including dismissal of this case. L.R. 110.

Dated: July 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE