UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM LOPEZ, ELIZABETH LOPEZ, and E.L., a minor, by and through his Guardian ad Litem,

Plaintiffs,

v.

LABRAIEL ROBERTS, JENNIFER ALDACO, KAREN SANTIAGO, REBECA MONTOYA, ROSA HERNANDEZ, KAISER PERMANENTE LOS ANGELES MEDICAL CENTER, GISELLE LEON, DR. ASIT VORA, DR. KEVIN CHANG, and JACQUELINE PACHON,

Defendants.

Case No. 1:26-cv-02327-KES-HBK

ORDER GRANTING MOTION AND APPOINTING GUARDIAN AD LITEM

(Doc. No. 28)

Plaintiff's counsel moved on August 6, 2026, to appoint Elizabeth Lopez as guardian ad litem for minor plaintiff, E.L. (Doc. 28). For the reasons below, the motion is granted.

Federal Rule of Civil Procedure 17(c) authorizes a minor to sue or defend through a duly appointed representative. Local Rule 202(a) likewise requires counsel representing a minor to move for appointment of a guardian ad litem or otherwise demonstrate that appointment is unnecessary to ensure the minor's adequate representation.

The appointment of a guardian ad litem is not a mere formality. A guardian ad litem "is authorized to act on behalf of his ward and may make all appropriate decisions in the course of

specific litigation." *United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). The guardian ad item's purpose is to "safeguard the interests" of the minor. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). And the guardian must "be truly dedicated to the best interests" of the minor. *AT&T Mobility, LLC v. Yeager*, 143 F.Supp.3d 1042, 1053-54 (E.D. Cal. 2015) (citations omitted).

The court has reviewed the motion and Elizabeth Lopez's supporting declaration. Elizabeth Lopez is E.L.'s mother and caregiver and is also a plaintiff in this action. (*See* Doc. 1; Doc 28-4). The record discloses no conflict between her interests and those of E.L. To the contrary, courts recognize a parent has a "basic right" to make decision about their children's care. *Troxel v. Granville*, 530 U.S. 57, 66 (2000). And no inherent conflict of interest exists when a minor is represented by a parent who is a party to the lawsuit and shares the same interests as the child. *J.A. v. Cnty. of Madera*, No. 1:21CV-00252-NONE-EPG, 2021 WL 826219, at *2 (E.D. Cal. Mar. 4, 2021) (citations omitted). The Court finds that appointment of Elizabeth Lopez as E.L.'s guardian ad litem is appropriate.

Accordingly, IT IS ORDERED:

1. Plaintiff's motion to appoint a guardian ad litem (Doc. 28) is GRANTED.
2. Elizabeth Lopez is appointed guardian ad litem for minor plaintiff E.L. in this action.

Dated: August 10, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE